# **RETURN OF SERVICE**

**State of Maryland**                     **County of District**                     **Bankruptcy Court**

Case Number: 15-014096

Plaintiff:
**Allied Enviromental Services, Inc.**

vs.

Defendant:
**Michael Williams Murphy**

Received by James J. Chartrand on the 2nd day of July, 2015 at 7:43 pm to be served on **Michael Williams Murphy, 1006 Old Turkey Point Road, Edgewater, MD 21037**.

I, James Chartrand, do hereby affirm that on the **7th day of July, 2015 at 8:18 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons and Notice of Pre-Trial Conference, Adversary Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **Jacqueline Murphy** as **Co-Resident** at the address of: **1006 Old Turkey Point Road, Edgewater, MD 21037**, the within named person's usual place of **Abode**, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Blonde, Glasses: n

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
James Chartrand
Process Server

James J. Chartrand
40 Ridge Ave.
Edgewater, MD 21037
(410) 956-1157

Our Job Serial Number: JIM-2015000634
Ref: 1279.40/2013479

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r